THE BOARD OF NATIONAL MISSIONS OF THE PRESBYTERIAN CHURCH IN THE UNITED STATES OF AMERICA, recurrente, *v.* EL REGISTRADOR DE LA PROPIEDAD DE MAYAGÜEZ, recurrido.

No. 832.—*Sometido:* Febrero 10, 1931. *Resuelto:* Febrero 19, 1931.

*Enrique Báez García,* abogado de la recurrente; el registrador recurrido no compareció.

EL JUEZ PRESIDENTE SEÑOR DEL TORO, emitió la opinión del tribunal.

La cuestión envuelta en este recurso versa sobre la interpretación que debe darse al número 5 del arancel de los registradores de la Propiedad, tal como quedó enmendado por la Ley número 32 de 1917, Leyes de 1917, II, 313. Tanto el recurrente como el recurrido invocan en su favor la decisión de esta corte en el caso de *Bravo* v. *Registrador,* 39 D.P.R. 530.

Aunque hay que reconocer la fuerza de los argumentos del recurrente, creemos que su caso quedó resuelto por la decisión en el de Bravo, *supra,* no en el sentido que él sostiene, sino en el que sostiene el registrador.

La cita de Morell que se incluye con aprobación en la decisión del caso de Bravo, *supra,* y el párrafo final de la decisión son terminantes. Se cobra por *derechos* vendidos y no

por la venta de la *finca* como unidad, lo mismo en el caso de que los condominios se enajenen separadamente, en fechas distintas, a varias personas, que cuando la enajenación se hace en un solo acto y causa una sola inscripción.

*Debe confirmarse la nota.*